STATE OF CONNECTICUT *v.* WILLIAM H. BETHEA

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 13, is denied.

*William A. Collier,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided February 28, 1991

AUGUSTUS J. SIMMONS *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 801, is denied.

*Otto P. Witt,* in support of the petition.

*Arnold K. Shimelman,* assistant attorney general, in opposition.

Decided February 28, 1991

RUTH DORSETT *v.* GENERAL DYNAMICS CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 827, is denied.

*John W. Grenier,* in support of the petition.

*Robert M. Fitzgerald,* in opposition.

Decided March 7, 1991

STATE OF CONNECTICUT *v.* CHARLES S. LANGE

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 807, is denied.

*Charles S. Lange,* pro se, in support of the petition.

Decided March 14, 1991